

Jason Leopold <jasonleopold@gmail.com>

## FOIA Request EOUSA-2020-001548 Submitted
1 message

**admin@foiaonline.gov** <admin@foiaonline.gov>      Tue, Feb 11, 2020 at 1:03 PM
To: jasonleopold@gmail.com

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: EOUSA-2020-001548
- Requester Name: Mr. Jason Leopold
- Date Submitted: 02/11/2020
- Request Status: Submitted
- Description: This request, sent separately to other agencies named herein, is also being submitted to the Department of Justice Executive Office of US Attorneys

I request disclosure from the Department of Justice Office of the Attorney General, Deputy Attorney General, Office of Legal Policy, Office of Legislative Affairs, Associate Attorney General, Criminal Division, Executive Office of US Attorneys, Office of Special Counsel Robert Mueller, Office of Public Affairs the following records:

1. All emails, memos, letters, text messages, legal opinions and memos and guidance, directives, mentioning or referring to a February 10, 2020 tweet by President Donald Trump that said in response to DOJ's sentencing recommendation of Roger Stone:

"This is a horrible and very unfair situation. The real crimes were on the other side, as nothing happens to them. Cannot allow this miscarriage of justice!" https://twitter.com/realdonaldtrump/status/1227122206783811585

2. All emails, memos, letters, directives, legal guidance, memos and opinions, relating or referring to a decision by the Department of Justice, as has been widely reported on February 11, 2020, to scale back the 7 to 9 year sentencing recommendation by DOJ for Roger Stone as articulated in a sentencing memorandum submitted in US District Court for the District of Columbia on February 10, 2020. The decision to scale back this sentencing recommendation was made hours after President Trump's tweet.

3. All emails, memos, letters, text messages, directives sent to US Attorney Aaron Zelinsky by Senior Officials in the Office of Attorney General, Deputy Attorney General, Associate Attorney General, Executive Office of US Attorneys, Office of Legal Policy, mentioning or referring to Mr. Zelinsky's resignation as a prosecutor from the Roger Stone case on February 11, 2020.

4. All emails, memos, letters, text messages, directives sent and received by US Attorney Aaron Zelinsky on February 10 and February 11, 2020.

Exhibit B