IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:20-cv-00540-RDM |

### DECLARATION OF VANESSA R. BRINKMANN

I, Vanessa R. Brinkmann, make the following Declaration pursuant to 28 U.S.C. § 1746, and state under penalty of perjury that the following is true and correct to the best of my knowledge and belief. I make this declaration based on my personal knowledge and/or knowledge I have obtained pursuant to my official duties.

1.  I am Senior Counsel in the Office of Information Policy (OIP), United States Department of Justice (DOJ or "the Department"). In this capacity, I am responsible for supervising the handling of the Freedom of Information Act (FOIA) requests processed by the Initial Request Staff (IR Staff) of OIP which are subject to litigation. The IR Staff of OIP is responsible for processing FOIA requests seeking records from within OIP and within six senior leadership offices of the Department, specifically the Offices of the Attorney General (OAG), Deputy Attorney General (ODAG), Associate Attorney General (OASG), Legal Policy (OLP), Legislative Affairs (OLA), and Public Affairs (PAO). The IR Staff devises appropriate records searches for each request and determines whether records can be released in accordance with the FOIA. In processing such requests, the IR Staff consults with personnel in the senior leadership

1

offices and, when appropriate, in other components within the Department of Justice, as well as with others in the Executive Branch.

2. On February 11, 2020, OIP received a FOIA request from Plaintiffs seeking various records pertaining to (1) a tweet by President Trump on February 10, 2020, (2) the Department's sentencing recommendation in *United States v. Stone*, No. 19-cr-0018 (D.D.C.), and (3) Assistant U.S. Attorney Aaron Zelinsky. Attached to Plaintiffs' complaint is a true and correct copy of Plaintiffs' February 11, 2020 FOIA request. *See* ECF 1-1.

3. Attached hereto as Exhibit A is a true and correct copy of a letter dated March 25, 2020, from OIP informing Plaintiffs that their request for expedited processing of their February 11, 2020, FOIA request was granted.

Executed on this 26th Day of May, 2020.

Vanessa R. Brinkmann
Senior Counsel

# Exhibit A



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

March 25, 2020

Jason Leopold
BuzzFeed News
1669 Benedict Canyon Drive          Re:     FOIA-2020-00177
Beverly Hills, CA 90210                     20-cv-00540 (D.D.C.)
jasonleopold@gmail.com                      VRB:JMB:JMS

Dear Jason Leopold:

      This is in further response to your Freedom of Information Act (FOIA) request, dated and received in this Office on February 11, 2020, in which you requested various records pertaining to (1) a tweet by President Trump on February 10, 2020, (2) the Department's sentencing recommendation in United States v. Stone, No. 19-cr-0018 (D.D.C.), and (3) Assistant U.S. Attorney Aaron Zelinsky.

      By letter dated February 21, 2020, we acknowledged receipt of your request, denied your request for expedited processing pursuant to the Department's standard permitting expedition for requests involving "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information," see 28 C.F.R. §16.5(e)(1)(ii) (2018), and advised that your request for expedited processing pursuant to the Department's standard involving "[a] matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affect public confidence," see id. §16.5(e)(1)(iv), was still pending with the Director of Public Affairs for determination.  Please be advised that the Director has determined that your request for expedited processing under standard (iv) should be granted.  As previously advised in our letter dated February 21, 2020, processing of your request has already been initiated, but your request has now been moved to the expedited processing track.

      Although your request has been granted expedited processing, consistent with our letter dated February 21, 2020, we are required to advise you that the records you seek require a search in and/or consultation with another Office, and so your request falls within "unusual circumstances."  See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2018).  Accordingly, we have not yet completed a search to determine whether there are records within the scope of your request.  The time needed to process your request will then necessarily depend on the complexity of our records search and on the volume and complexity of any records located.  Any decision with regard to the application of fees will be made only after we determine whether actual fees will be implicated for this request.  Your request has been assigned to the expedited track and will be processed as soon as practicable.

-2-

    If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the Attorney-Advisor handling your request, James Smith, at the above number or at the above address.

    I understand that a lawsuit has been filed in relation to the prior decision to deny your request for expedited processing under standard (ii).  Inasmuch as your request for expedition under standard (iv) has now been granted, it appears that this issue is now moot; however, once service has been effectuated and government counsel has entered an appearance, you may contact counsel directly regarding your lawsuit.

    Sincerely,

    Vanessa R. Brinkmann
    Senior Counsel