UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:20-cv-00540 (RDM)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's July 13, 2020 minute order, Plaintiffs Jason Leopold and Buzzfeed, Inc. (Plaintiffs), and Defendant Department of Justice provide the following update:

1. On July 13, 2020, the Court ordered Defendant to "perform searches and provide Plaintiffs with all responsive, nonexempt records (1) from the first EOUSA custodian on or before August 3, 2020; (2) from the second EOUSA custodian on or before August 24, 2020; (3) from the remaining EOUSA custodians on or before September 23, 2020."

2. The Court further ordered that OIP should search for responsive records on or before July 31, 2020.

3. The Parties agreed that the OIP would produce responsive records it had located using methods that did not require remote searching of electronic records by August 12, 2020.

4. OIP completed its electronic search on July 28, 2020. The search identified approximately 1,500 documents and approximately 2,800 items that require review for responsiveness and deduplication. "Documents" include individual emails, computer files, and calendar items, while "items" additionally include attachments to emails. OIP proposes that is

complete its initial responsiveness review and deduplication of these results on or before September 4, and confer with Plaintiffs regarding a production schedule at that time.

5. On August 3, 2020, EOUSA produced 72 of 224 responsive pages from its first custodian.

6. The parties propose filing an additional joint status report on or before September 4, 2020.

Dated: August 07, 2020                                   Respectfully submitted,

/s/ *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

/s/ *Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005

Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M,Lynch@usdoj.gov

*Counsel for Defendant*