UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:20-cv-00540 (RDM) ) ) ) ) ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's October 9, 2020 minute order, Plaintiffs Jason Leopold and Buzzfeed, Inc. (Plaintiffs), and Defendant Department of Justice provide the following update:

1. On July 13, 2020, the Court ordered Defendant to "perform searches and provide Plaintiffs with all responsive, nonexempt records (1) from the first EOUSA custodian on or before August 3, 2020; (2) from the second EOUSA custodian on or before August 24, 2020; (3) from the remaining EOUSA custodians on or before September 23, 2020."

2. The Court further ordered that OIP should search for responsive records on or before July 31, 2020.

3. The Parties agreed that the OIP would produce responsive records it had located using methods that did not require remote searching of electronic records by August 12, 2020.

4. OIP completed its electronic search on July 28, 2020. The search identified approximately 1,500 documents and approximately 2,800 items that require review for responsiveness and deduplication. "Documents" include individual emails, computer files, and calendar items, while "items" additionally include attachments to emails. In the parties' September

4, 2020, Joint Status Report, OIP proposed making an interim response on or before October 2, 2020.  OIP also proposed making an additional interim response on or before November 2, 2020, in which it would endeavor to produce as many of the remaining responsive records as possible. OIP also proposed that if it could not complete its response by November 2, 2020, it would make one final response on December 4, 2020.

5. On August 3, 2020, EOUSA produced 72 of 224 responsive pages from its first custodian.

6. By letter dated August 12, 2020, OIP produced 156 pages, including all but two pages responsive to the request in this case that it had located using methods that did not require remote searching of electronic records, as well as certain records located in response to the Plaintiffs' FOIA request at issue in *Leopold v. DOJ*, No. 20-cv-741-CRC (D.D.C).

7. On August 24, 2020, EOUSA produced 38 of 59 responsive pages from its second custodian.

8. On September 23, 2020, EOUSA produced 84 of 110 responsive pages from its remaining custodians.

9. On October 5, 2020, OIP produced 76 pages responsive to the request in this case and/or Plaintiffs' FOIA request at issue in *Leopold v. DOJ*, No. 20-cv-741-CRC (D.D.C).

10. On November 2, 2020, OIP produced 137 pages responsive to the request in this case and/or Plaintiffs' FOIA request at issue in *Leopold v. DOJ*, No. 20-cv-741-CRC (D.D.C). Because there remains potentially responsive material located by OIP still pending consultation, OIP anticipates that it will make a final response on December 4, 2020.

11. The parties propose filing an additional joint status report on or before December 11, 2020.

Dated: November 10, 2020

Respectfully submitted,

/s/ *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

/s/ *Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*