UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action Nos. 1:20-cv-00540 (RDM) <br> )                              1:20-cv-00741 (RDM) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 25, 2022 Minute Order in case no. 20-cv-540, Plaintiffs Jason Leopold and Buzzfeed, Inc. (Plaintiffs), and Defendant Department of Justice provide the following update:

1. Defendant provided informal search summaries to Plaintiffs on August 23, 2021 in case no. 20-cv-540 and on October 25, 2021 in case no. 20-cv-741.

2. Plaintiffs responded to Defendant's informal search summaries on December 3, 2021.

3. Defendant addressed Plaintiffs' response to Defendant's informal search summaries on December 9, 2021, and Plaintiffs have not raised any further issues with respect to Defendant's searches.

4. The Executive Office of United States Attorneys (EOUSA) provided a draft Vaughn index of all documents that have been withheld in full pursuant to Exemption 5 in case no. 20-cv-540 on May 12, 2022. (EOUSA was not a recipient of the request at issue in case no. 20-cv-741).

5. The office of Information Policy (OIP) provided a draft Vaughn index of all documents that have been withheld in full pursuant to Exemption 5 in case nos. 20-cv-540 and 20-cv-741 on June 10, 2022.

6. Plaintiffs have completed review of the submissions. The Parties will discuss Plaintiffs' concerns and whether they can resolve any outstanding concerns without Court intervention.

7. Once the parties' discussion of the withholdings in the draft Vaughn indexes is complete, the parties believe they will be in a position to advise the Court whether any further proceedings in this case will be necessary.

8. The parties propose filing an additional joint status report on or before August 25, 2022.

Dated: July 25, 2022

Respectfully submitted,

/s/ *Josh Loevy*
Josh Loevy, IL0105
Matthew Topic, IL0037
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

/s/ *Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*